**FILED FOR RECORD**

AT 10:30 O'CLOCK A M

AUG 10 2016

GWEN ASHWORTH
MORRIS COUNTY DISTRICT CLERK
BY: _____ DEPUTY

NO. 11,423CR

| | | |
|---|---|---|
| NATHANIEL NORRIS, | § | IN THE 76ᵀᴴ DISTRICT COURT |
| APPELLANT | | |
| | | |
| VS. | § | OF |
| | | |
| THE STATE OF TEXAS, | | |
| APPELLEE | § | MORRIS COUNTY, TEXAS |

6th COURT OF APPEALS
TEXARKANA, TEXAS
8/15/2016 1:47:22 PM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES NATHANIEL NORRIS, who was Defendant in the above styled and numbered cause, by and through his counsel, EBB B. MOBLEY, the trial court having granted permission to appeal, and files this notice that he wishes to appeal from the conviction to the Sixth Court of Appeals on errors raised by written motion and ruled on before trial and on errors arising during and subsequent to trial.

Sentence was imposed on August 5, 2016, and this written Notice of Appeal is filed with the Clerk of this Court within 30 days of that date.

Respectfully submitted,

EBB B. MOBLEY
Attorney at Law
422 North Center Street-Lower Level
P. O. Box 2309
Longview, TX   75606
Telephone: (903) 757-3331
Facsimile: (903) 753-8289
ebbmob@aol.com

_____
EBB B. MOBLEY
Attorney for Appellant
State Bar License # 14238000